UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PAMELA MELVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:09-CV-235-FL |
| ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| and UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendants' motion to dismiss or, in the alternative, motion for summary judgment and plaintiff's motion seeking voluntary dismissal of her remaining claims subsequent to the court's partial adoption of the Memorandum and Recommendation of the United States Magistrate Judge in its May 13, 2010 Order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered May 13, 2010, October 8, 2010, and October 15, 2010, and for the reasons set forth more specifically therein, that all claims arising in this case having been dismissed, the plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on October 20, 2010, and Copies To:**
Edward D. Gray (via CM/ECF Notice of Electronic Filing)
Marian A. Harder (via CM/ECF Notice of Electronic Filing)
R.A. Renfer, Jr. (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)
Pamela Melvin (via U.S. Mail) 4949 Fieldcrest Drive, Fayetteville, NC 28303


October 20, 2010         DENNIS P. IAVARONE, CLERK
                           /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk